FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 10 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NORTHEAST CARPENTERS HEALTH, PENSION, ANNUITY, APPRENTICESHIP, and LABOR MANAGEMENT COOPERATION FUNDS,

Petitioners,

-against-

AJG ASSOCIATES LLC,

Respondent.

19 CV 4257 (WFK)(CLP)

**PETITIONERS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action hereby be dismissed in its entirety without prejudice and without costs in favor of any party as against another.

Dated: New York, New York
       September 9, 2018

**VIRGINIA & AMBINDER, LLP**

By: _____/s/_____
Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel.: (212) 943-9080
*Attorneys for Petitioners*

The application is ☒ granted, ☐ denied.
SO ORDERED

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Sept. 9, 2019
Brooklyn, New York